**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Slade MILLER, Defendant—Appellant.**

No. 04–6224.

United States Court of Appeals, Fourth Circuit.

Submitted: June 24, 2004.

Decided: June 30, 2004.

Slade Miller, Appellant pro se.

Before WILKINSON, NIEMEYER, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Slade Miller appeals the district court's order denying his motion to modify his sentence under 18 U.S.C. § 3582(c)(2) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Miller*, No. CA–89–196–A (E.D.Va. Dec. 30, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*